People ex rel. Lemke v Sposato (2023 NY Slip Op 04955)

People ex rel. Lemke v Sposato

2023 NY Slip Op 04955

Decided on October 3, 2023

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on October 3, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

MARK C. DILLON, J.P.
WILLIAM G. FORD
DEBORAH A. DOWLING
CARL J. LANDICINO , JJ.

2023-08743

[*1]The People of the State of New York, ex rel. Dennis M. Lemke, on behalf of John Cipolla, petitioner,
v
Michael Sposato, etc., respondent.

Dennis M. Lemke, Mineola, NY, petitioner pro se.
Anne T. Donnelly, District Attorney, Mineola, NY (Travis Puckett of counsel), for respondent.

DECISION & JUDGMENT
Writ of habeas corpus in the nature of an application to release John Cipolla upon his own recognizance or, in the alternative, to set reasonable bail upon Nassau County Indictment No. 71796/2023.
ADJUDGED that the writ is dismissed, without costs or disbursements.
The determination of the Supreme Court, Nassau County, did not violate "constitutional or statutory standards" (People ex rel. Klein v Krueger , 25 NY2d 497, 499; see People ex rel. Rosenthal v Wolfson , 48 NY2d 230).
DILLON, J.P., FORD, DOWLING and LANDICINO , JJ., concur.
ENTER:
Darrell M. Joseph
Acting Clerk of the Court